

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Jose Guillermo Mendez v. State of Texas

Appellate case number:    01-19-00581-CR

Trial court case number:  1627628

Trial court:                      263rd District Court of Harris County

     The motion for en banc reconsideration is denied.

     It is so ORDERED.


Judge's signature:  /s/  Evelyn V. Keyes
         ☐ Acting individually   ☑ Acting for the Court


Panel consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.


Date:  December 15, 2020